# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TYRONE DUNBAR

NO. 2024 KW 1114

**JANUARY 13, 2025**

---

In Re:   Tyrone Dunbar, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-04-0644.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED AS MOOT.** The records of the Clerk of Court of East Baton Rouge Parish reflect that the trial court acted on relator's petition on January 3, 2024.

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT